UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KETCH LLC,<br>　　　　　　Plaintiff(s),<br>　v.<br>SAN JUAN COUNTY,<br>　　　　　　Defendant(s). | CASE NO. C24-00931-KKE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER |

　　　　Defendant moves to continue the deadline for expert testimony disclosures to September 11, 2025. Dkt. No. 33. Plaintiff does not oppose this motion. *Id.* at 3; Dkt. No. 34 at 2.

　　　　For good cause shown, the Court GRANTS Defendant's motion to amend the scheduling order. Dkt. No. 33. The parties' expert witness disclosures and reports under Rule 26(a)(2) are due by **September 11, 2025**.

　　　　Dated this 31st day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER - 1