UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KETCH LLC, | CASE NO. C24-00931-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| SAN JUAN COUNTY, | |
| Defendant(s). | |

The parties stipulated to a dismissal of this action with prejudice and without an award of costs to any party. Dkt. No. 46 at 1. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

The trial date and pretrial deadlines previously set (Dkt. Nos. 31, 36) are hereby VACATED and the pending motion to compel (Dkt. No. 37) is hereby TERMINATED.

Dated this 19th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1